**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL SILVAGGIO, et al., | : | Case Number 1:22-cv-862 |
| | : | |
| Plaintiffs, | : | JUDGE DAN AARON POLSTER |
| | : | |
| -vs- | : | **PLAINTIFFS' NOTICE OF** |
| | : | **FILING ASHTABULA COUNTY** |
| | : | **PROBATE APPLICATION/ MOTION** |
| ASHTABULA AREA CITY SCHOOLS | : | |
| BOARD OF EDUCATION, et al., | : | |
| | : | |
| Defendants. | : | |

On January 12, 2023, the parties in this matter successfully mediated and resolved Plaintiffs' claims. Following the mediation, this Court ordered counsel for Plaintiffs to file a notice upon the filing of the probate application/motion to the Ashtabula County Probate Court. The Court also ordered that Counsel for Plaintiffs file a time-stamped copy of the probate application/motion along with this notice.

On January 24, 2023, Counsel for Plaintiffs filed the application/motion with the Ashtabula County Probate Court. Counsel for Plaintiffs respectfully requests that a time-stamped copy of the application not be required to be filed on the docket. For cause, the application contains identifying information about the minor. Additionally, as part of the settlement negotiations, the parties all agreed to keep the settlement terms confidential to the extent permitted by law.

Counsel for Plaintiffs conferred with Counsel for each of the Defendants who all wish to avoid having the application/motion be filed on the docket to avoid releasing identifying information of the minor and the settlement terms.

For the reasons set forth above, Plaintiffs request that this Court permit Plaintiffs to notify the court upon the approval of the settlement in the Ashtabula County Probate Court in lieu of filing the application/motion submitted.

Respectfully submitted,

|  |  |
|---|---|
| *s/Jared S. Klebanow* | *s/Avery Friedman* |
| Jared S. Klebanow (0092018) | Avery Friedman (0006103) |
| KLEBANOW LAW, LLC | AVERY FRIEDMAN & ASSOCIATES |
| 701 The City Club Building | 701 The City Club Building |
| 850 Euclid Avenue | 850 Euclid Avenue |
| Cleveland, Ohio 44114 | Cleveland, Ohio 44114 |
| P: (216) 621-8230 | P: (216) 621-9282 |
| jklebanow@klebanowlaw.com | F: (216) 621-9283 |
|  | avery@lawfriedman.com |
|  | fairhousing@gmail.com |

*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I, Jared Klebanow, one of the attorneys for Plaintiffs, hereby certify that Plaintiffs' Notice of Probate Court Filing was served on opposing counsel by the court's electronic filing system on this 25th day of January, 2023.

*s/Jared Klebanow*
Jared Klebanow